THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARRYL PARKMAN,

    Plaintiff,

v.

WILLIAM WOLFE, et al.,

    Defendants.

: CIVIL ACTION NO. 3:20-CV-09
: (JUDGE MARIANI)
: (Magistrate Judge Arbuckle)

## ORDER

**AND NOW, THIS** 8th **DAY OF DECEMBER 2020**, upon review of Magistrate Judge William I. Arbuckle's Report and Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 9) is **ADOPTED** for the reasons set forth therein;

2. Plaintiffs' Complaint (Doc. 1) is **DISMISSED** without further leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge